**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed Attorneys for Crumbs Bake Shop, Inc., *et al.*,
Debtors-in-Possession

| | |
|---|---|
| In re:<br><br>CRUMBS BAKE SHOP, INC.,<br><br>        Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CASE NO. 14-<br><br>Chapter 11 |
| In re:<br><br>CRUMBS HOLDINGS LLC,<br><br>        Debtor-in-Possession. | **NOTICE OF MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS'** |
| In re:<br><br>CRUMBS 42ND STREET II, LLC,<br><br>        Debtor-in-Possession. | **CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND GRANTING OTHER RELATED RELIEF**<br><br>**HEARING DATE AND TIME:**<br>July _____, 2014, at ___: ___ ___.m. |
| In re:<br><br>CRUMBS BROAD STREET, LLC,<br><br>        Debtor-in-Possession. | **ORAL ARGUMENT REQUESTED** |
| In re:<br><br>CRUMBS BROADWAY LLC,<br><br>        Debtor-in-Possession. | |

| |
|---|
| In re: <br><br> CRUMBS FEDERAL STREET, LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS GARMENT CENTER LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS GRAND CENTRAL LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS GREENVALE LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS GREENWICH, LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS HOBOKEN, LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS II, LLC, <br><br>      Debtor-in-Possession. |
| In re: <br><br> CRUMBS LARCHMONT, LLC, <br><br>      Debtor-in-Possession. |

52486/0001-10124981v3

| |
|---|
| In re:<br><br>CRUMBS LEXINGTON LLC,<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS PARK AVENUE LLC,<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS RETAIL BAKE SHOPS, LLC (F/K/A CRUMBS FULTON STREET, LLC),<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS STAMFORD, LLC,<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS THIRD AVENUE LLC,<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS TIMES SQUARE LLC,<br><br>      Debtor-in-Possession. |
| In re:<br><br>CRUMBS UNION SQUARE LLC,<br><br>      Debtor-in-Possession. |

52486/0001-10124981v3

| |
|---|
| In re:<br><br>CRUMBS UNION STATION LLC,<br><br>   Debtor-in-Possession. |
| In re:<br><br>CRUMBS WEST MADISON, LLC,<br><br>   Debtor-in-Possession. |
| In re:<br><br>CRUMBS WOODBURY LLC,<br><br>   Debtor-in-Possession. |

TO: All Parties-in-Interest

  PLEASE TAKE NOTICE that pursuant to an Order Regarding Application For Expedited Consideration of First Day Matters served herewith, on the _____ day of July, 2014, at ___ __.m., or as soon thereafter as counsel may be heard, the undersigned, proposed counsel for Crumbs Bake Shop, Inc., Crumbs Holdings LLC, Crumbs 42nd Street II, LLC, Crumbs Broad Street, LLC, Crumbs Broadway LLC, Crumbs Federal Street, LLC, Crumbs Garment Center LLC, Crumbs Grand Central LLC, Crumbs Greenvale LLC, Crumbs Greenwich, LLC, Crumbs Hoboken, LLC, Crumbs II, LLC, Crumbs Larchmont, LLC, Crumbs Lexington LLC, Crumbs Park Avenue LLC, Crumbs Retail Bake Shops, LLC (f/k/a Crumbs Fulton Street, LLC), Crumbs Stamford, LLC, Crumbs Third Avenue LLC, Crumbs Times Square LLC, Crumbs Union Square LLC, Crumbs Union Station LLC, Crumbs West Madison, LLC and Crumbs Woodbury LLC, the within debtors and debtors-in-possession (the "**Debtors**"), shall move before the assigned United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry

4

of an Order directing the joint administration of the Debtors' Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) (the "**Motion**") .

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the "First Day" Affidavit of John D. Ireland and the accompanying Application, which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted.  A proposed Order granting the relief requested in the Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters.

PLEASE TAKE FURTHER NOTICE that unless objections are timely presented, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

52486/0001-10124981v3

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Proposed Attorneys for Crumbs Bake Shop, Inc., *et al.*,
> Debtors-in-Possession
>
> By: */s/ David M. Bass*
> Michael D. Sirota, Esq.
> David M. Bass, Esq.
> Felice R. Yudkin, Esq.

DATED: July 11, 2014

52486/0001-10124981v3